**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

$12-7609\,(JLL)$

RONALD MORRISON,

        Plaintiff,

v.

        **NOTICE OF REMOVAL**

LVNV FUNDING, LLC,

        Defendant.

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441(b), and 1446, Defendant LVNV Funding, LLC ("LVNV"), by its attorney, hereby removes this action from the Superior Court of New Jersey, Law Division – Special Civil Part, Essex County, to the United States District Court for the District of New Jersey. In support of this Notice of Removal, LVNV states as follows:

1.    Plaintiff Ronald Morrison originally commenced this action by filing a Complaint against Defendant LVNV Funding, Inc. in the Superior Court of New Jersey, Law Division – Special Civil Part, Essex County, where it is presently captioned as *Ronald Morrison v. LVNV Funding, LLC,* Docket No.: DC-024369-12. No further proceedings before the State court have occurred.

2.    In the Complaint, plaintiff alleges statutory causes of action against LVNV. A true and correct copy of Plaintiff's Complaint is attached hereto as Ex. "A."

3.     Plaintiff accuses LVNV of violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

4.     LVNV received Plaintiff's Summons and Complaint on or about November 16, 2012.

5.     This Court has federal question jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441(b) in that the claims are "founded on a claim or right arising under the . . . laws of the United States . . ."

6.     This Notice of Removal is timely, having been filed within thirty (30) days of the date on which LVNV received Plaintiff's Complaint.  See 28 U.S.C. § 1446.

7.     Written notice of this Notice of Removal of this action is being immediately provided to the Superior Court of New Jersey, Law Division – Special Civil Part, Essex County.  *See* Ex. "B."

8.     Written notice of this Notice of Removal of this action is being caused to be served on Plaintiff.

WHEREFORE, Defendant LVNV Funding, LLC gives notice that this action is removed from the Superior Court of New Jersey, Law Division – Special Civil Part, Essex County, to the United States District Court for the District of New Jersey.

Dated:  December 11, 2012

Respectfully submitted

Aaron R. Easley, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Phone: (908) 751-5940
Fax: (908) 751-5944
aeasley@sessions-law.biz
Attorney for Defendant
LVNV Funding, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December 2012, a copy of the foregoing

**Notice of Removal to the United States District Court for the District of New Jersey**

was served by Federal Express upon the Clerk of the Court and via regular mail upon

Plaintiff Pro Sè at the below address:

Ronald Morrison
8 Monticello Avenue, Apt. #32
Newark, NJ 07106-1524
Tel. No. : 201-281-1461
Plaintiff Pro Sè

By:  _____
Aaron R. Easley, Esq.
Attorney for Defendant
LVNV Funding, LLC

EXHIBIT "A"

## SPECIAL CIVIL PART SUMMONS AND RETURN OF SERVICE – FORM B

Plaintiff or Plaintiff's Attorney Information:

Name:

Ronald Morrison

Address:

8 Monticello Ave #32

Newark NJ 07106

Telephone No.: 201-281-1461

Ronald Morrison

_____, Plaintiff(s)

versus

L U W U Funding

_____, Defendant(s)

| | |
|---|---|
| Demand Amount: | $ 15,000 |
| Filing Fee: | $ 50.00 |
| Service Fee: | $ 7.00 |
| Attorney's Fees: | $ |
| **TOTAL** | $15,057.00 $0.00 |

**SUPERIOR COURT OF NEW JERSEY**

**LAW DIVISION, SPECIAL CIVIL PART**

ESSEX COUNTY

Newark NJ 07102

Docket No: **DC-024369-12**

(to be provided by the court)

### Civil Action

### SUMMONS

(Check one): ☐ Contract or ☒ Tort

**Defendant(s) Information: Name, Address & Phone:**

L U N U Funding

P.O. Box 10497

Greenville SC, 29603

888-665-0374

## RETURN OF SERVICE (For Court Use Only)

**Date Served:** _____

Date Served: 11/05/2012

RETURN OF SERVICE IF SERVED BY COURT OFFICER

RETURN OF SERVICE IF SERVED BY COURT OFFICER (For Court Use Only)

Docket Number: _____

Date: _____ Time: _____ WM_____ WF_____ BM_____ BF_____ OTHER_____

HT_____ WT_____ AGE_____ HAIR_____ MUSTACHE_____ BEARD_____ GLASSES_____

NAME:_____ RELATIONSHIP:_____

Description of Premises: _____

I hereby certify the above to be true and accurate:

_____

Special Civil Part Officer

Ronald Morrison
**Plaintiff**

vs.

LVNV Funding
**Defendant**

**NEW JERSEY JUDICIARY**

FILED

OCT 22 2012

Michael E. Hubner
LSC

**FILING FEE WAIVER REQUEST**
Based on Inability to Pay

This waiver is only applicable to the courts filing fees for this case. It does not cover fees to outside agencies. I.E. Court Officers, The Post Office, Transcripts & The Star Ledger.

| Applicant's Name: | | | Docket Number: |
|---|---|---|---|
| Last: Morrison | First: Ronald | MI: A | |

**Home Address:**

Street: 8 Monticello Ave   Apt No.: 32

| Home Phone #: |
|---|
| (201) 281-1461 |

City: Newark   State: WJ   Zip: 07106

| Number of Dependants: |
|---|
| 1 |

I, Ronald Morrison, am over the age of 18 and request no court fee be charged as I am without funds to pay the fee. I am a (check one) ☐ Plaintiff ☐ Defendant in the following court:

☐ Civil   ☒ Special Civil Part   ☐ General Equity   ☐ Probate

**The following are facts about my financial condition. My income before taxes is:**

| Salary (per month): $ 800.00 | Other Income (per month): $ 0 |
|---|---|

Specify source of other income, including six months of prisoners' account statements in accordance with N.J.S.A. 30:4-16.3 (per month): Unemployment

**The following is a complete list of everything I own and owe, as far as I know:**

| Own | Amount $ | Owe (per month) | Amount $ |
|---|---|---|---|
| Money in any bank accounts | 0 | Rent/mortgage | 850 |
| Automobiles | none | Food | 50 |
| Real estate | none | Utilities | 35 |
| Insurance with cash value | none | Alimony/child support | 0 |
| Money owed to me | none | Auto payment | 0 |
| Other (specify) | none | Other (specify)  phone | 100 |
| **TOTALS** | 0     0 | **TOTALS** | 935 |

Please attach documents as to income (pay stubs, welfare documents, unemployment documents, last bank statement, etc.)

I certify the statements made by me in this document are true and that my proposed pleading is attached. I understand that if I give any false information, I may be punished by the court.

I am signing this statement to explain to the court why I am unable to pay any court fees in this lawsuit. (Rule 1:13-2(a))

Fee Waived: ☒ Yes ☐ No

| Signature (Applicant): | Signature (Judge): |
|---|---|
| Ronald Morrison | Michael E Hubner |
| Date 10/22/12 | Michael E. Hubner, LSC   10/23/12   Approved 10/22; signed 11/1/12 |
| (Print Name) Ronald Morrison | (Print Name) MICHAEL E. Hubner |

Published 03/25/2008   CN 11208-English

Page 1 of 1

**Special Civil Part Complaint – Form A**

Superior Court Of New Jersey
Law Division, Special Civil Part

Plaintiff's Name: Ronald Morrison

Essex County

Street Address: 8 Monticello Ave #32

Docket No. _____  **FILED Oct 26, 2012**

Town, State, Zip Code: Newark NJ 07106

Telephone Number: 201-281-1461

vs.

Defendant's Name (Person you are suing): LVNV Funding

DC-024369-12
**CIVIL ACTION**
**Complaint**

SUPERIOR COURT OF NEW JERSEY
ESSEX VICINAGE
22 2012
FINANCE DIVISION
RECEIVED / FILED

Street Address: P.O. Box 10497

Town, State, Zip Code: Greenville SC, 29603

Telephone Number: 888-665-0374

Type or print the reasons you, the Plaintiff(s), are suing the Defendant(s): (See instruction B)

Creditors report inaccurately (us court of appeals 9th circuit No. 00-15946) nelson vs. chase NY Creditors re-age FCRA Section 605(c) running of the reporting period. Collection agency fail to validate FDCPA Section 809(b) FTC opinion letter cass from Lefevre

(You may attach more sheets if you need to)

The amount you, the Plaintiff(s), are demanding from the Defendant(s) $ 15,000 plus interest and $ 57.00 for the costs of suing.

At the trial Plaintiff will need:
An interpreter ☐ Yes ☒ No  Indicate Language: _____
An accommodation for disability ☐ Yes ☒ No  Indicate Disability: _____

I certify that the matter in controversy is not the subject of any other court action or arbitration proceeding, now pending or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

Date: 10/22/12

Your Signature: Ronald Morrison

Name Typed, Stamped or Printed: Ronald Morrison

## NOTICE OF BENEFIT DETERMINATION - EMERGENCY UNEMPLOYMENT COMPENSATION (EUC) 2008

| | |
|---|---|
| **State of New Jersey**<br>Department of Labor and Workforce Development<br>Division of Unemployment Insurance<br>**EUC Processing Unit**<br>**PO BOX 480**<br>**Trenton, NJ 08625-0480** | **SSN** XXX-XX-9063  **PC** 10  **DATE OF ORIGINAL CLAIM** 08-29-2010 |

| | |
|---|---|
| CLAIMANT'S NAME **RONALD MORRISON** | |
| EUC TIER **3** | DATE BENEFITS EXHAUSTED ON ORIGINAL CLAIM **02-26-2011** |
| EUC WEEKLY BENEFIT RATE **$200.00** | BENEFIT YEAR ENDING DATE **08-27-2011** |
| DATE OF MAILING **09-24-2012** | |

**[X]**

You are eligible for Emergency Unemployment Compensation (EUC) 2008 as of **09-23-2012**

Maximum Benefit Amount Under EUC **$1,800.00**

**[ ]** You are not eligible for Emergency Unemployment Compensation (EUC) 2008 because:

You did not have 20 base weeks of employment in the base year of your original claim or have earnings of at least 40 times your weekly benefit rate in your base year

### WORK SEARCH RECORD REQUIREMENT

New legislation requires that all recipients of EUC benefits must document their active search for work. Individuals who are receiving EUC benefits must:

- actively seek full-time work
- make a minimum of three (3) employer contacts per week with three (3) different prospective employers
- maintain a written record of their work search contacts. The written record must contain the following:
  - > date of contact
  - > name, address, and telephone number of the employer
  - > method of contact
  - > name of person contacted
  - > position applied for
  - > whether an employment application was taken
  - > result of the contact

Recipients of EUC benefits may be required to produce a record of their work search contacts upon request by the New Jersey Department of Labor and Workforce Development. **Failure to make a minimum of three (3) job contacts each week and to produce a documented work search record, when requested, may result in the denial of unemployment benefits.** For our record keeping purposes, please be advised that the unemployment week runs from Sunday through Saturday. A sample Work Search Record can be found and printed by visiting the Department of Labor and Workforce Development, Unemployment Insurance website and selecting "Forms & Publications for Claimants and Employers."

**APPEAL RIGHTS:** A determination becomes final unless a written appeal is filed within seven calendar days after delivery or within ten calendar days after the mailing of the determination. Your appeal must be received or postmarked within one of the appeal periods. If the last day allowed for the appeal occurs on a Saturday, Sunday or legal holiday, the appeal will be accepted on the next business day. The appeal period will be extended if good cause for late filing is shown. Good cause exists in situations where it can be shown that the delay was due to circumstances beyond the control of the appellant which could not have been reasonably foreseen or prevented. To file your appeal, mail your appeal to the EUC Processing Unit address shown above. Give your reasons for disagreeing with the determination, and if late, the reason for the delay. Be certain that your name, social security number and address are clearly written on your appeal.

Confidential Unemployment Compensation Information will be used for other governmental purposes, including verifying an individual's eligibility for other governmental programs.

NOTICE: Under 18 U.S.C. § 1001, knowingly and willfully concealing a material fact by any trick, scheme, or device or knowingly making a false statement in connection with this claim is a Federal Offense, punishable by a fine of not more than $10,000 or imprisonment for not more than five years, or both.

ESTA DETERMINACION AFECTA SU ELEGIBILIDAD PARA BENEFICIOS Y DESCRIBE SUS DERECHOS DE APELAR. SI USTED NO SABE LEER INGLES, FAVOR DE CONSEGUIRSE ALGUIEN QUIEN LE PUEDA TRADUCIR ESTA DETERMINACION INMEDIATAMENTE.

UC-13 (03-12) New Jersey Department of Labor and Workforce Development - Unemployment Insurance

UC13 (03/20/12)

 **PSEG**

**For service at**
8 MONTICELLO AVE APT 32
NEWARK CITY NJ
07106-1542

**1 800 436-PSEG (7734)**
**Emergencies 24 hours/7days**
Customer service
7 AM - 8 PM Mon - Fri
7 AM - 5 PM Sat

Visit our website
www pseg com

Inquiries by mail
PSE&G
PO Box 14444
New Brunswick NJ 08906-4444

**Important Dates**
Your payment for current charges
is due October 08, 2012

Your meter(s) are scheduled to be
read on or about October 18

To make a payment from a credit
card Log In to **My Account** at
pseg com or call 1 800-704-3289

If you'll be away on your meter
reading day, Log In to **My**
**Account** at pseg com or call 1
800 622-0197 before the
scheduled date, to submit your
reading

---

**Monthly Statement**
**SEPTEMBER 2012**
Account number 70 424 296 05        Invoice number 601302086563

019830

000019830 01 AV   0.350      000000009
RONALD MORRISON
8 MONTICELLO AVE A-32
NEWARK NJ 07106

## Account Summary

| | | |
|---|---|---|
| PSE&G balance from last bill | | $114 07 |
| Current PSE&G - Gas | | 5 99 |
| Current PSE&G - Electric | | 30 62 |
| Deposit Amount Due | 38 00 | |
| **Total Amount Due** | | **$150.68** |

* * SHUT-OFF NOTICE * * 1-800-357-2262  (Mon-Fri, 7:30 AM - 8:00 PM)
**Your bill is now past due.  Payment of $114.07 must be received by 10/8/2012 or**
**service may be shut off. This includes a security deposit of $38.00.  A statement**
of customer rights and fees is shown on the reverse side.

Si en el futuro usted desea recibir la notificación de desconección de servicio en
español, por favor llame al 1-800-357-2262.

**Start up your heating system now, before you really need to use it.** By checking
your heating system now, you'll find out if it's working properly, and address repairs if
necessary

**Analyze your home energy usage with PSE&G's Home Energy Toolkit.**  You can find
out where your energy dollars are going, compare your month-to-month energy costs and
receive energy saving tips specific to your home profile, bills and weather   Log in to My
Account at pseg com and click on "Home Energy Toolkit"!

---

7042429605  0000150681  00001140731

---

 **PSEG**

**To help us make things**
**work for you.** Please return this
portion with your payment  Make
checks payable to PSE&G  Do
**not fold checks. Do not write**
**on, staple, paper clip or**
**tape payment to the coupon.**
Be sure payment address shows
through window

RONALD MORRISON                    70 424 296 05
8 MONTICELLO AVE A-32
NEWARK NJ 07106

| | |
|---|---|
| **Total Amount Due** | **$150.68** |
| ATTENTION: SHUT-OFF NOTICE ABOVE | |

PSE&G CO
PO BOX 14444                                $
NEW BRUNSWICK NJ 08906-4444
Illluldldulllullulullulluluulll              **Amount enclosed**

## TENANT SUMMONS AND RETURN OF SERVICE

Plaintiff or Plaintiff's Attorney Information:
The Massenburg Law Group LLC
300 Avalon Dr.
Suite 3455
Wood-Ridge, NJ 07075
609.922.355

Superior Court of New Jersey
Law Division ESSEX County
Special Civil Part/Tenancy Dept.
465 Martin Luther King Blvd.
Hall of Records
Newark, NJ 07102

Whiterock Management, LLC  Plaintiff (s)

Docket No.: LT - _2844/12_
(To bet provided by the court)

verses

Ronald Morrison Defendant(s)

Civil Action
Summons
Landlord/Tenant

Defendant Information
Name: Ronald Morrison
Address: 8 Monticello
Apt #: 32
City/State/Zip: Newark NJ 07106
Phone: _____

X Nonpayment – Back Rent Claimed: $ 2759
__ Other

NOTICE TO TENANT: The purpose of this attached complaint is to permanently remove you and your belongings from the premises. If you want the court to hear your side if the case you must appear in court on this date and time:  10-15-12  at  8:30  (a.m.)p.m., or the court may rule against you. REPORT TO: 465 Martin Luther King Blvd., Hall of Records, Newark, New Jersey, 07102, Room  155

If you cannot afford to pay for a lawyer, free legal advice may be available by contacting Legal Services at 973.824.3000. If you can afford to pay a lawyer but do not know one, you may call the Lawyer Referral Services of your local county Bar Association at 973.622.7753.

You may be eligible for housing assistance. To determine your eligibility, you must immediately contact the Welfare Agency in your county at: 240 Harrison St, 3rd Floor, East Orange, New Jersey, 07018 telephone number 973.266.2822.

If you need an interpreter or an accommodation for a disability, you must notify the court immediately.

Si Ud. no tiene dinero para pagar a un abogado, es posible que pueda recibir consejos legales gratuitos si se comunica con Servicos Legales al 973.824.3000. Si tiene dinero para pagar a un abogado pero no conoce ninguno puede llamar a Servicios de Recomendacion de Abogados del Colegio de Abadados de su condado local al 973.622 7533.

Es posible que pueda recibir asistencia con la vivienda si se comunica con la agencia de asistencia publica Welfare Agency de su condado a 240 Harrison St, 3rd Floor, East Orange, New Jersey, 07018 telefono 973.266.2822.

Si necesita un interprete o alguna acomodacion para un impedimento fisico, tiene que potificarselo immediatamente al tribunal.

Date: _____                              _____
                                           Clerk of the Special Civil Part

### COURT OFFICERS RETURN OF SERVICE (FOR COURT USE ONLY)

Docket Number: _____ Date· _____ Time: _____
WM___ WF__ BM__ Other __ HT ___ WT ___ AGE___ Mustache___ Beard ___ Glasses ___

Name: _____ Relationship: _____
Efforts Made to Personally Serve: _____
Description of Premises: _____

I hereby certify the above to be true and accurate: _____ Court Officer

**Superior Court Of New Jersey**
**Law Division, Special Civil Part**

_____County

Plaintiff's Name
_____

Docket No. _____

Street Address
_____

Town, State, Zip Code
_____

Telephone Number
_____

                    vs.

                                        **CIVIL ACTION**

Defendant's Name
_____              **Answer**

Street Address
_____

Town, State, Zip Code
_____

Telephone Number
_____

Check the appropriate statement or statements below which set forth why you claim you do not owe money to the plaintiff.

_____ (1)  The good or services were not received.
_____ (2)  The goods or services received were defective.
_____ (3)  The bill has been paid.
_____ (4)  I/We did not order the goods or services.
_____ (5)  The dollar amount claimed by the plaintiff(s) is incorrect.
_____ (6)  Other – Set forth any other reasons why you believe money is not owed to the plaintiff(s).  (You may attach more sheets if you need to.)

_____

_____

_____  Trial by jury requested; an extra $50 check or money order is enclosed.

At the trial Defendant requests:
An interpreter:                 ____ Yes ____ No   Indicate Language: _____
An accommodation for a disability.  ____ Yes ____ No   Requested accommodation: _____

I certify the matter in controversy is not the subject of any other court action or arbitration proceeding now pending or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with _Rule_ 1:38-7(b).

I further certify that this answer was served on all other parties within 35 days of the date the summons and complaint were mailed to me as indicated on page 2 of the summons.

Dated: _____

                                        _____
                                        Defendant's Signature

                                        _____
                                        Defendant's Name – Type or Printed

_____
Plaintiff

vs.

_____
Defendant

Superior Court of New Jersey
Law Division, Special Civil Part

Docket #:_____

CIVIL ACTION
ANSWER - SUPPLEMENTAL

Please use this page to further explain the statement or statements that you checked on the
attached Answer Form.  The Answer tells the court in short and simple terms whether you admit
or deny the plaintiff's complaint.  You may also defend your actions or inactions as to why the
plaintiff should not get the relief requested.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Dated:_____              _____
                                          Defendant's Signature

                                          _____
                                          Defendant's name – Typed or Printed

Please note:
If you believe that you have a claim against the plaintiff and wish to counter-sue, you must file a counter
claim with your answer.  If you believe that you have a claim against another defendant, you must file a
cross-claim with your answer.  For information on the procedure for filing a cross-claim or counterclaim,
consult with the Customer Service staff or your attorney.

**APPENDIX XI-A(1)**
**SUMMONS AND RETURN OF SERVICE**



## THE SUPERIOR COURT OF NEW JERSEY
### Law Division, Special Civil Part
### SUMMONS

### YOU ARE BEING SUED!
**IF YOU WANT THE COURT TO HEAR YOUR SIDE OF THIS LAWSUIT, YOU MUST FILE A WRITTEN ANSWER WITH THE COURT WITHIN 35 DAYS OR THE COURT MAY RULE AGAINST YOU. READ ALL OF THIS PAGE AND THE NEXT PAGE FOR DETAILS.**

In the attached complaint, the person suing you (who is called *the plaintiff*) briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. You are cautioned that if you do not answer the complaint, you may lose the case automatically, and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment and the judgment is valid for 20 years.

**You can do one or more of the following things:**

1. *Answer the complaint.* An answer form is available at the Office of the Clerk of the Special Civil Part. The answer form shows you how to respond in writing to the claims stated in the complaint. If you decide to answer, you must send it to the court's address on page 2 and pay a $15 filing fee with your answer and send a copy of the answer to the plaintiff's lawyer or to the plaintiff if the plaintiff does not have a lawyer. Both of these steps must be done within 35 days (including weekends) from the date you were "served" (sent the complaint). That date is noted on the next page.

### AND/OR

2. *Resolve the dispute.* You may wish to contact the plaintiff's lawyer, or the plaintiff if the plaintiff does not have a lawyer, to resolve this dispute. You do not have to do this unless you want to. This may avoid the entry of a judgment and the plaintiff may agree to accept payment arrangements, which is something that cannot be forced by the court. Negotiating with the plaintiff or the plaintiff's attorney will not stop the 35-day period for filing an answer unless a written agreement is reached and filed with the court.

### AND/OR

3. *Get a lawyer.* If you cannot afford to pay for a lawyer, free legal advice may be available by contacting Legal Services at 973-622-4500      If you can afford to pay a lawyer but do not know one, you may call the Lawyer Referral Services of your local county Bar Association at 973-622-6204      .

If you need an interpreter or an accommodation for a disability, you must notify the court immediately.

La traducción al español se encuentra al dorso de esta página.

Effective 9/2002

Clerk of the Special Civil Part



**EL TRIBUNAL SUPERIOR DE NUEVA JERSEY**
**División de Derecho, Parte Civil Especial**
**NOTIFICACIÓN DE DEMANDA**

### ¡LE ESTÁN HACIENDO JUICIO!
**SI UD. QUIERE QUE EL TRIBUNAL VEA SU VERSIÓN DE ESTA CAUSA, TIENE QUE PRESENTAR UNA CONTESTACIÓN ESCRITA EN EL TRIBUNAL DENTRO DE UN PERÍODO DE 35 DÍAS O ES POSIBLE QUE EL TRIBUNAL DICTAMINE EN SU CONTRA. PARA LOS DETALLES, LEA TODA ESTA PÁGINA Y LA QUE SIGUE.**

En la demanda adjunta, la persona que le está haciendo juicio (que se llama *el demandante*) da al juez su versión breve de los hechos del caso y la suma de dinero que alega que Ud. le debe. Se le advierte que si Ud. no contesta la demanda, es posible que pierda la causa automáticamente y que el tribunal dé al demandante lo que pide más intereses y costas. Si se registra una decisión en su contra, es posible que un Oficial de la Parte Civil Especial (Special Civil Part Officer) embargue su dinero, salario o bienes muebles para pagar toda o parte de la adjudicación, y la adjudicación tiene 20 años de vigencia.

Usted puede escoger entre las siguientes opciones:

1. *Contestar la demanda*. Puede conseguir un formulario de contestación en la Oficina del Secretario de la Parte Civil Especial. El formulario de contestación le indica cómo responder por escrito a las alegaciones expuestas en la demanda. Si Ud. decide contestar, tiene que enviar su contestación a la dirección del tribunal que figura en la página 2, pagar un gasto de iniciación de la demanda de $15 dólares y enviar una copia de la contestación al abogado del demandante, o al demandante si el demandante no tiene abogado. Tiene 35 días (que incluyen fines de semana) para hacer los trámites a partir de la fecha en que fue "notificado" (le enviaron la demanda) Esa fecha se anota en la página que sigue.

### ADEMÁS, O DE LO CONTRARIO, UD. PUEDE

2. *Resolver la disputa*. Posiblemente Ud. quiera comunicarse con el abogado del demandante, o el demandante si el demandante no tiene abogado, para resolver esta disputa. No tiene que hacerlo si no quiere. Esto puede evitar que se registre una adjudicación y puede ser que el demandante esté de acuerdo con aceptar un convenio de pago lo cual es algo que el juez no puede imponer. Negociaciones con el demandante o el abogado del demandante no suspenderán el término de 35 días para registrar una contestación a menos que se llegue a un acuerdo escrito que se registra en el tribunal.

### ADEMÁS, O DE LO CONTRARIO, UD. PUEDE

3. *Conseguir un abogado*. Si Ud. no tiene dinero para pagar a un abogado, es posible que pueda recibir consejos legales gratuitos comunicándose con Servicios Legales (Legal Services) al 973-622-4500     Si tiene dinero para pagar a un abogado pero no conoce ninguno puede llamar a Servicios de Recomendación de Abogados (Lawyer Referral Services) del Colegio de Abogados (Bar Association) de su condado local al 973-622-6204     .

Si necesita un intérprete o alguna acomodación para un impedimento, tiene que notificárselo inmediatamente al tribunal.

Secretario de la Parte Civil Especial



**CERTIFIED MAIL**



7136 0708 2830 6521 9367

**OFFICE OF SPECIAL CIVIL PART CLERK**
**ESSEX COUNTY COURTHOUSE**
**465 MARTIN LUTHER KING JR BLVD**
**NEWARK NJ 07102-1782**

ESX



Please notify
court
of disability
accommodation
needs

Summons CP.

RECEIVED

NOV 1 3 2012

ESX-DC-024369-12

LVNV

P.O. BOX 10497

GREENVILLE        SC  29603

EXHIBIT "B"

SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Phone (908) 751-5940
Fax (908) 751-5944
Attorneys for Defendant
LVNV Funding, LLC

RONALD MORRISON,

        Plaintiff,

v.

LVNV FUNDING, LLC,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

**SUPERIOR COURT OF NEW JERSEY
LAW DIVISION – SPECIAL CIVIL PART,
ESSEX COUNTY**

**DC-024369-12**

**NOTICE OF FILING OF
NOTICE OF REMOVAL TO THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

TO:   Clerk of the Court
      Civil Customer Service
      Hall of Records
      Room 201
      465 Dr. Martin Luther King Jr. Blvd.
      Newark, NJ 07102

      Ronald Morrison
      8 Monticello Avenue, Apt. #32
      Newark, NJ 07106-1524
      Tel. No. : 201-281-1461
      Plaintiff Pro Sè

1

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the District of New Jersey. Attached hereto as Exhibit "1" is a copy of the Notice of Removal filed in the United States District Court effecting such removal.

PLEASE TAKE FURTHER NOTICE that in accordance with 28 U.S.C. § 1446(d), the Superior Court of New Jersey, Law Division – Special Civil Part, Essex County, shall proceed no further in this action unless and until the action is remanded by the United States District Court for the District of New Jersey.

Dated: December 11, 2012

Respectfully submitted

Aaron R. Easley, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Phone: (908) 751-5940
Fax: (908) 751-5944
aeasley@sessions-law.biz
Attorney for Defendant
LVNV Funding, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December 2012, a copy of the foregoing **Notice of Filing of Notice of Removal to the United States District Court for the District of New Jersey** was served by Federal Express upon the Clerk of the Court and via regular mail upon Plaintiff at the below address:

> Clerk of the Court
> Civil Customer Service
> Hall of Records
> Room 201
> 465 Dr. Martin Luther King Jr. Blvd.
> Newark, NJ 07102

> Ronald Morrison
> 8 Monticello Avenue, Apt. #32
> Newark, NJ 07106-1524
> Tel. No. : 201-281-1461
> Plaintiff Pro Sè

By: _____
Aaron R. Easley, Esq.
Attorney for Defendant
LVNV Funding, LLC