<u>**NOT FOR PUBLICATION**</u>

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

RONALD MORRISON,

    Plaintiff,

v.

LVNV FUNDING, LLC,

           Defendant.

Civil Action No. 2:12-cv-07609 (JLL) (JAD)

**ORDER**

    This matter having come before the Court by way of defendant LVNV Funding, LLC's ("Defendant') April 23, 2013 motion for summary judgment (ECF No. 13);

    and for the reasons set forth in Judge Hammer's Order dated February 1, 2013 (ECF No. 10);

    **IT IS** on this 26th day of April, 2013,

    **ORDERED** that Defendant's motion for summary judgment is denied without prejudice; and

    **IT IS FURTHER ORDERED** that the parties shall appear for a Rule 16 conference on **May 29, 2013 at 10:00 a.m.** before the Honorable Joseph A. Dickson, U.S.M.J.

                                                               **SO ORDERED**

                                                               JOSEPH A. DICKSON, U.S.M.J.

cc:    Honorable Jose L. Linares, U.S.D.J.